# EXHIBIT A

**From:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Sent:** Monday, February 10, 2025 10:49:52 PM
**To:** Harris, Cathy <Cathy.Harris@mspb.gov>
**Cc:** Office of General Counsel <OfficeofGeneralCounsel@mspb.gov>
**Subject:** Notice from the Office of Presidential Personnel

Cathy,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the Merit Systems Protection Board is terminated, effective immediately.

Thank you for your service,

Trent Morse
Deputy Assistant to the President
Deputy Director of Presidential Personnel
The White House