UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>Plaintiff,<br><br>-against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, HENRY J. KERNER, in his official capacity as Acting Chairman of the Merit Systems Protection Board, DONALD J. TRUMP, in his official capacity as President of the United States of America, RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Civil Case No. _____ |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 65.1**

I, Jeremy D. Wright, declare as follows:

1. I am counsel for Plaintiff Cathy A. Harris and am a partner at the law firm Kator, Parks, Weiser & Wright, P.L.L.C., with offices at 1150 Connecticut Avenue, NW, Suite 705, Washington, D.C. 20036. I am making this declaration in support of Plaintiff's motion for a temporary restraining order and to comply with Local Rule 65.1. The statements in this declaration are based on my personal knowledge, research conducted for this case, and my communication with the U.S. Department of Justice.

2.      Pursuant to Local Rule 65.1(a), at approximately 2:20 PM on February 11, 2025, I called Alex Haas, Director of the Federal Programs Branch of the U.S. Department of Justice. I provided Mr. Haas with notice of Plaintiff's complaint and motion for an emergency temporary restraining order to be filed in the U.S. District Court for the District of Columbia on February 11, 2025.

3.      As soon as possible after filing the complaint and TRO papers in this proceeding, counsel for Plaintiff will provide copies of the relevant papers by certified mail to Defendants, as well as the United States Attorney's Office for the District of Columbia, and the Office of the Attorney General.

I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jeremy D. Wright　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Jeremy D. Wright, D.C. Bar No. 483297

Dated: February 11, 2025