UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>Plaintiff,<br><br>-against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, HENRY J. KERNER, in his official capacity as Acting Chairman of the Merit Systems Protection Board, DONALD J. TRUMP, in his official capacity as President of the United States of America, RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Civil Case No. _____ |

### [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

UPON CONSIDERATION OF Plaintiff Cathy A. Harris's motion for a temporary restraining order and accompanying memorandum, it is hereby

ORDERED that the motion is GRANTED.

It is DECLARED that Plaintiff Cathy A. Harris is a Member of the Merit Systems Protection Board.

It is further DECLARED that the President's removal of Ms. Harris from office, and any attempt to replace Ms. Harris, is unlawful.

It is further ORDERED that the Defendants Secretary Scott Bessent, Deputy Director Trent Morse, Director Sergio Gor, Acting Chairman Henry Kerner, and Director Russell Vought are ENJOINED from removing Ms. Harris from her office or in any way treating her as having been removed, denying or obstructing Ms. Harris's access to any of the benefits or resources of her office, placing a replacement in Ms. Harris's position, or otherwise recognizing any other person as Member in Ms. Harris's position, pending further order of the Court.

IT IS SO ORDERED.


Dated: _____    _____
                                                                                          U.S. District Judge