UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>Plaintiff,<br><br>-against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, HENRY J. KERNER, in his official capacity as Acting Chairman of the Merit Systems Protection Board, DONALD J. TRUMP, in his official capacity as President of the United States of America, RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Civil Case No. 1:25-cv-00412 |

**APPEARANCE OF COUNSEL**

TO: the Clerk of the Court and all parties or record

I am admitted to practice in this Court and I appear on behalf of Plaintiff Cathy A. Harris.

Respectfully submitted,

Dated: February 11, 2025
Washington, D.C.

 */s/ Linda M. Correia*
Linda M. Correia, D.C. Bar No. 435027
CORREIA & PUTH, PLLC
1400 16th Street, NW, Suite 450
Washington, D.C. 20036
(202) 602-6500
(202) 602-6500 (fax)
lcorreia@correiaputh.com
*Attorney for Plaintiff Cathy A. Harris*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2025, I filed the foregoing Appearance of Counsel with the Court via ECF, which will automatically serve all counsel of record. I also served a copy by email on Defendant's counsel:

alex.haas@usdoj.gov

OfficeofGeneralCounsel@mspb.gov

      *Linda M. Correia*
      Linda M. Correia
      CORREIA & PUTH, PLLC
      1400 16th Street, NW, Suite 450
      Washington, D.C. 20036
      (202) 602-6500
      (202) 602-6500 (fax)
      lcorreia@correiaputh.com