IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS,<br><br>*Plaintiff*,<br><br>v.<br><br>SCOTT BESSENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00412-RC |

## NOTICE OF APPEARANCE

Please enter the appearance of Madeline M. McMahon, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of Defendants in the above-captioned matter. Please direct all communication regarding this case to Ms. McMahon's contact information listed below.

Dated: February 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Acting Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

/s/ *Madeline M. McMahon*
MADELINE M. MCMAHON
(DC Bar No. 1720813)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 451-7722
Email: madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*

1