UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>    Defendants. | Civil Case No. 1:25-cv-00412-RC |

**MOTION FOR ADMISSION OF ATTORNEY JEREMY D. WRIGHT *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), Plaintiff moves for the admission and appearance of attorney Jeremy D. Wright *pro hac vice* in the above-titled action. This motion is supported by the Declaration of Jeremy D. Wright, filed herewith. As set forth in Mr. Wright's Declaration, he is admitted and an active member in good standing with the District of Columbia Bar and the State Bar of Texas. Mr. Wright was previously admitted to practice before this Court, but he failed to timely renew his membership. This motion is supported and signed by Kerrie D. Riggs, an active member of the Bar of this Court.

                               Respectfully submitted by sponsor,

                               **/s/ Kerrie D. Riggs**

Linda M. Correia, D.C. Bar No. 435027     Michael J. Kator, D.C. Bar No. 366936
CORREIA & PUTH, PLLC           Kerrie D. Riggs, D.C. Bar No. 995784
1400 16th Street, NW, Suite 450        KATOR, PARKS, WEISER & WRIGHT, P.L.L.C.
Washington, D.C. 20036           1150 Connecticut Ave., NW, Suite 705
(202) 602-6500               Washington, D.C. 20036
lcorreia@correiaputh.com          (202) 898-4800
                           (202) 289-1389 (fax)
                           mkator@katorparks.com
                           kriggs@katorparks.com

Dated: February 18, 2025

## CERTIFICATE OF SERVICE

I certify that on this 18th day of February, 2025, I electronically filed and served the foregoing documents on the parties listed below via the Court's CM/ECF system:

MADELINE M. MCMAHON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Email: madeline.m.mcmahon@usdoj.gov

                                                                              **/s/ Kerrie D. Riggs**
                                                                              Kerrie D. Riggs