UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>   Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>   Defendants. | Civil Case No. 1:25-cv-00412-RC |

**DECLARATION OF JEREMY D. WRIGHT IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Jeremy D. Wright, hereby declare:

1. My name, office address, and contact information are as follows:

Jeremy D. Wright
Kator, Parks, Weiser & Wright, P.L.L.C.
1150 Connecticut Ave., NW, Suite 705
Washington, DC 20036
(202) 898-4800
jwright@katorparks.com

2. My bar admissions include the following:

District of Columbia Bar (Bar No. 483297) – admitted on 9/8/2003
State Bar of Texas (Bar No. 24037746) – admitted on 11/6/2002
U.S. Supreme Court
U.S. Court of Appeals for the District of Columbia Circuit
U.S. Court of Appeals for the Federal Circuit
U.S. Court of Appeals for the Fifth Circuit

3. I am currently in good standing with all of the bars to which I was admitted.

4. To my recollection, I have not previously been admitted *pro hac vice* in this Court.

5. I was previously admitted to practice before this Court on March 7, 2011. I failed to timely renew my membership with this Court. If the Court will grant my appearance *pro hac vice* in this case, I will promptly take action to renew my membership to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

February 18, 2025
Date

Jeremy D. Wright