UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>    Defendants. | Civil Case No. 1:25-cv-00412-RC |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JEREMY D. WRIGHT *PRO HAC VICE*** 

  The Court has reviewed the motion for admission of attorney Jeremy D. Wright *pro hac vice*. Upon consideration of that motion, the Court hereby grants attorney Jeremy D. Wright *pro hac vice* admission to this Court.

IT IS SO ORDERED.


Dated: _____        _____
                      United States District Judge