**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>    Defendants. | Civil Case No. 1:25-cv-00412-RC |

## APPEARANCE OF COUNSEL

TO: the Clerk of the Court and all parties or record

I have been admitted by the Court to appear *pro hac vice* in this case and I appear on behalf

of Plaintiff Cathy A. Harris

          Respectfully submitted,

           **/s/ Jeremy D. Wright**
          Jeremy D. Wright, D.C. Bar No. 483297
          KATOR, PARKS, WEISER & WRIGHT, P.L.L.C.
          1150 Connecticut Ave., NW, Suite 705
          Washington, D.C.  20036
          (202) 898-4800
          (202) 289-1389 (fax)
Dated: February 19, 2025     jwright@katorparks.com

          *Attorney for Plaintiff Cathy A. Harris*

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of February, 2025, I electronically filed and served the

foregoing document on the parties listed below via the Court's CM/ECF system:

MADELINE M. MCMAHON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Email: madeline.m.mcmahon@usdoj.gov


    /s/ **Jeremy D. Wright**
Jeremy D. Wright

2