UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>    Defendants. | Civil Case No. 1:25-cv-00412-RC |

**JOINT STATUS REPORT**

Pursuant to the Court's order, the parties have conferred and the parties agree that the Court's consideration of the motion for preliminary injunction should be consolidated with the merits of the case.

               Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>*Acting Assistant Attorney General*<br><br>CHRISTOPHER R. HALL<br>*Assistant Branch Director*<br><br> /s/   *Madeline M. McMahon*        <br>MADELINE M. MCMAHON<br>(DC Bar No. 1720813)<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>Telephone: (202) 451-7722<br>Email: madeline.m.mcmahon@usdoj.gov<br><br>*Counsel for Defendants* |  /s/ **Jeremy D. Wright**            .<br>Michael J. Kator, D.C. Bar No. 366936<br>Jeremy D. Wright, D.C. Bar No. 483297<br>Kerrie D. Riggs, D.C. Bar No. 995784<br>Kator, Parks, Weiser & Wright, P.L.L.C.<br>1150 Connecticut Ave., NW, Suite 705<br>Washington, D.C. 20036<br>(202) 898-4800<br>mkator@katorparks.com<br>jwright@katorparks.com<br>kriggs@katorparks.com<br><br>Linda M. Correia, D.C. Bar No. 435027<br>Correia & Puth, PLLC<br>1400 16th Street, NW, Suite 450<br>Washington, D.C. 20036<br>(202) 602-6500<br>lcorreia@correiaputh.com<br><br>*Attorneys for Plaintiff Cathy A. Harris* |

## CERTIFICATE OF SERVICE

I certify that on this 19th day of February, 2025, I electronically filed and served the foregoing document on the parties listed below via the Court's CM/ECF system:

MADELINE M. MCMAHON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Email: madeline.m.mcmahon@usdoj.gov

                                                           **/s/ Jeremy D. Wright**
                                                           Jeremy D. Wright