**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>       Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>       Defendants. | Civil Case No. 1:25-cv-00412-RC |

**MOTION FOR ADMISSION OF ATTORNEY NEAL KATYAL *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), Plaintiff moves for the admission and appearance of attorney Neal Katyal *pro hac vice* in the above-titled action. This motion is supported by the Declaration of Neal Katyal and a Certificate of Good Standing, filed herewith. As set forth in Mr. Katyal's Declaration, he is admitted and an active member in good standing with the District of Columbia Bar. This motion is supported and signed by Kerrie D. Riggs, an active member of the Bar of this Court.

Respectfully submitted by sponsor,

 **/s/ Kerrie D. Riggs**

Michael J. Kator, D.C. Bar No. 366936
Jeremy D. Wright, D.C. Bar No. 483297
Kerrie D. Riggs, D.C. Bar No. 995784
KATOR, PARKS, WEISER & WRIGHT, P.L.L.C.
1150 Connecticut Ave., NW, Suite 705
Washington, D.C.  20036
(202) 898-4800
(202) 289-1389 (fax)
mkator@katorparks.com
kriggs@katorparks.com

Linda M. Correia, D.C. Bar No. 435027
CORREIA & PUTH, PLLC
1400 16th Street, NW, Suite 450
Washington, D.C.  20036
(202) 602-6500
lcorreia@correiaputh.com

Dated: February 22, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2025, I filed the foregoing document

with the Court via ECF, which will automatically serve all counsel of record, including:

MADELINE M. MCMAHON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Email: madeline.m.mcmahon@usdoj.gov


  **/s/ Kerrie D. Riggs**
Kerrie D. Riggs

2