# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

    Plaintiff,

v.

SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,

    Defendants.

Civil Case No. 1:25-cv-00412-RC

## DECLARATION OF NEAL KUMAR KATYAL IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Neal Kumar Katyal, hereby declare:

1. My name, office address, and contact information are as follows:

Neal Kumar Katyal
Milbank LLP
1850 K St., NW, Suite 1100
Washington, DC 20006
(202) 835-7505
nkatyal@milbank.com

2. My bar admissions include the following:

District of Columbia Bar (Bar No. 462071) – admitted on 1/11/1999
Maryland Bar (Bar No. 1606100002) – admitted on 6/10/2016
U.S. Supreme Court
U.S. Court of Appeals for the First Circuit
U.S. Court of Appeals for the Second Circuit
U.S. Court of Appeals for the Third Circuit
U.S. Court of Appeals for the Fourth Circuit
U.S. Court of Appeals for the Fifth Circuit
U.S. Court of Appeals for the Sixth Circuit

U.S. Court of Appeals for the Seventh Circuit
U.S. Court of Appeals for the Eighth Circuit
U.S. Court of Appeals for the Ninth Circuit
U.S. Court of Appeals for the Tenth Circuit
U.S. Court of Appeals for the Eleventh Circuit
U.S. Court of Appeals for the Federal Circuit
U.S. Court of Appeals for the District of Columbia Circuit
U.S. District Court for the District of Maryland
U.S. Court of International Trade

3. I am currently in good standing with all of the bars to which I was admitted.

4. To my recollection, I have not previously been admitted *pro hac vice* in this Court.

5. I was previously admitted to practice before this Court on May 9, 2017. I failed to timely renew my membership with this Court. If the Court will grant my appearance *pro hac vice* in this case, I will promptly take action to renew my membership to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

February 21, 2025
Date

Neal Kumar Katyal