# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>        Defendants. | Civil Case No. 1:25-cv-00412-RC |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY NEAL KUMAR KATYAL *PRO HAC VICE*

The Court has reviewed the motion for admission of attorney Neal Kumar Katyal *pro hac vice*. Upon consideration of that motion, the Court hereby grants attorney Neal Kumar Katyal *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated: _____          _____
                                                        United States District Judge