UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

Plaintiff,

v.

SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,

Defendants.

Civil Case No. 1:25-cv-00412-RC

## DECLARATION OF NATHANIEL A.G. ZELINSKY IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Nathaniel A.G. Zelinsky, hereby declare:

1. My name, office address, and contact information are as follows:

Nathaniel A.G. Zelinsky
Milbank LLP
1850 K St., NW, Suite 1100
Washington, DC 20006
(202) 835-7523
nzelinsky@milbank.com

2. My bar admissions include the following:

District of Columbia Bar (Bar No. 1724093) – admitted on 3/15/2021
Connecticut Bar (Bar No. 441128) – admitted on 11/1/2019
U.S. Court of Appeals, Second Circuit
U.S. Court of Appeals, Third Circuit
U.S. Court of Appeals, Fourth Circuit
U.S. Court of Appeals, Fifth Circuit
U.S. Court of Appeals, Sixth Circuit
U.S. Court of Appeals, Seventh Circuit
U.S. Court of Appeals, Eighth Circuit
U.S. Court of Appeals, Ninth Circuit
U.S. Court of Appeals, Eleventh Circuit
U.S. Court of Appeals, District of Columbia Circuit
U.S. Supreme Court

3. I am currently in good standing with all of the bars to which I was admitted.

4. To my recollection, I have not previously been admitted *pro hac vice* in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

February 21, 2025
Date

Nathaniel A.G. Zelinsky