UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>          Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>          Defendants. | Civil Case No. 1:25-cv-00412-RC |

### DECLARATION OF EZRA LOUVIS IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Ezra Louvis, hereby declare:

1. My name, office address, and contact information are as follows:

Ezra Louvis
Milbank LLP
1850 K St., NW, Suite 1100
Washington, DC 20006
(202) 835-7584
elouvis@milbank.com

2. My bar admissions include the following:

District of Columbia Bar (Bar No. 90005185) – admitted on 11/9/2022
U.S. Court of Appeals for the Eleventh Circuit
U.S. Court of Appeals for the District of Columbia Circuit

3. I am currently in good standing with all of the bars to which I was admitted.

4. To my recollection, I have not previously been admitted *pro hac vice* in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

February 21, 2025
Date

/s/ Ezra Louvis
Ezra Louvis