**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>Plaintiff,<br><br>-against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>Defendants. | Civil Case No. 1:25-cv-00412-RC |

**[PROPOSED] ORDER GRANTING PERMANENT INJUNCTION**
**AND ENTERING JUDGMENT ON THE MERITS**

UPON CONSIDERATION OF Plaintiff Cathy A. Harris's motion for a preliminary injunction and judgment on the merits and accompanying memorandum, Plaintiff's motion is GRANTED. It is hereby ORDERED, ADJUDGED, and DECREED as follows:

Plaintiff Cathy A. Harris was unlawfully terminated from her position as a member of the MSPB. Harris shall continue to serve as a member of the MSPB. Defendants Secretary Scott Bessent, Deputy Director Trent Morse, Director Sergio Gor, Acting Chairman Henry Kerner, and Director Russell Vought are ENJOINED from removing Harris from her office or in any way treating her as having been removed, denying or obstructing Harris's access to any of the benefits or resources of her office, placing a replacement in Harris's position, or otherwise recognizing any other person as a member of the MSPB in Harris's position. This is a final appealable order.

IT IS SO ORDERED.


Dated: _____          _____
                                                                              U.S. District Judge