IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHY A. HARRIS, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,<br><br>    Plaintiff,<br> v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00412-RC |

**[PROPOSED] ORDER**

Upon consideration of the motion of Constitutional Accountability Center for leave to file its proposed *amicus curiae* brief in support of Plaintiff, it is hereby

ORDERED that the motion is GRANTED.


Date: _____         _____
                         RUDOLPH CONTRERAS
                         United States District Judge