# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5037**                                    **September Term, 2025**

**1:25-cv-00412-RC**

**Filed On: January 22, 2026** [2155534]

Cathy A. Harris, in her personal capacity
and in her official capacity as Member of
the Merit Systems Protection Board,

        Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

        Appellants

------------------------------

Consolidated with 25-5055

## <u>M A N D A T E</u>

    In accordance with the judgment of December 5, 2025, and pursuant to Federal
Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

               BY:    /s/
                        Daniel J. Reidy
                        Deputy Clerk

Link to the judgment filed December 5, 2025